```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JENISA ANGELES,

               Plaintiff,

    - against -

RBH DESIGNS, LLC,

               Defendant.

23-cv-7472 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **October 26, 2023**, at **2:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 13, 2023

                                                  John G. Koeltl
                                     United States District Judge